## ROFRA, INC. v. BOARD OF EDUCATION, PRINCE GEORGE'S COUNTY, MARYLAND

[No. 160, September Term, 1975.]

*Decided June 25, 1976.*

The cause was argued before MURPHY, C. J., and SINGLEY, SMITH, DIGGES, LEVINE and ELDRIDGE, JJ.

*Gary R. Alexander*, with whom were *Giordano, Alexander, Haas, Mahoney & Bush* on the brief, for appellant.

*Paul M. Nussbaum*, with whom was *Richard E. Ekstrand* on the brief, for appellee.

PER CURIAM:

For the reasons stated by Judge Lowe for the Court of Special Appeals in *Rofra, Inc. v. Board of Education*, 28 Md. App. 538, 346 A. 2d 458 (1975), the judgment of that court will be affirmed.

> *Judgment of the Court of Special Appeals affirmed.*
> *Costs to be paid by the petitioner.*